

**FILED**

JUN 26 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2012 HARLEY DAVIDSON FLTRX ROAD GLIDE MOTORCYCLE, VIN: 1HD1KGM3XCB636315, CALIFORNIA LICENSE NUMBER: 20X8247,<br><br>2005 HARLEY DAVIDSON STREET GLIDE MOTORCYCLE, VIN: 1HD1FVW375Y618635, CALIFORNIA LICENSE NUMBER: 19V7740,<br><br>2007 HARLEY DAVIDSON FLTR ROAD GLIDE MOTORCYCLE, VIN: 1HD1FS4397Y630807, CALIFORNIA LICENSE NUMBER: WISGUY5, and<br><br>2010 CHEVROLET CAMARO SS, VIN: 2G1FT1EW3A9148874, CALIFORNIA LICENSE NUMBER: 6TZD882,<br><br>Defendants. | 2:14-CV-01512-TLN-AC<br><br>ORDER REGARDING CLERK'S ISSUANCE OF *AMENDED* WARRANT FOR ARREST OF ARTICLES *IN REM* |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on June 25, 2014, in the United States District Court for the Eastern District of California, alleging that the 2012 Harley Davidson FLTRX Road Glide Motorcycle, VIN: 1HD1KGM3XCB636315, California License Number: 20X8247, 2005 Harley Davidson Street Glide Motorcycle, VIN: 1HD1FVW375Y618635,

1

Order Re Clerk's Issuance of
*Amended* Warrant for Arrest

California License Number: 19V7740, 2007 Harley Davidson FLTR Road Glide Motorcycle, VIN: 1HD1FS4397Y630807, California License Number: WISGUY5, and 2010 Chevrolet Camaro SS, VIN: 2G1FT1EW3A9148874, California License Number: 6TZD882 (collectively "defendant assets") are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Brian Nehring, there is probable cause to believe that the defendant assets so described constitute property that is subject to forfeiture for such violation(s), and that grounds for the issuance of an *Amended* Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue an *Amended* Warrant for Arrest of Articles *In Rem* for the defendant assets.

Dated: Jun 26, 2014

KENDALL J. NEWMAN
United States Magistrate Judge