1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:14−CV−01512−TLN−AC

12              Plaintiff,

13        v.

14  2012 HARLEY DAVIDSON FLTRX ROAD        APPLICATION AND ORDER FOR
    GLIDE MOTORCYCLE,  VIN:                PUBLICATION
15  1HD1KGM3XCB636315, CALIFORNIA
    LICENSE NUMBER: 20X8247,
16
    2005 HARLEY DAVIDSON STREET GLIDE
17  MOTORCYCLE,  VIN:
    1HD1FVW375Y618635, CALIFORNIA
18  LICENSE NUMBER: 19V7740,

19  2007 HARLEY DAVIDSON FLTR ROAD
    GLIDE MOTORCYCLE,  VIN:
20  1HD1FS4397Y630807, CALIFORNIA
    LICENSE NUMBER: WISGUY5,  and
21
    2010 CHEVROLET CAMARO SS, VIN:
22  2G1FT1EW3A9148874, CALIFORNIA
    LICENSE NUMBER: 6TZD882,
23
                Defendants.
24

25        The United States of America applies for an order of publication as follows:

26        1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

27  Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

28

notice of the action to be given in a newspaper of general circulation or on the official internet

government forfeiture site;

2.     Local Rule 171, Eastern District of California, provides that the Court shall designate

by order the appropriate newspaper or other vehicle for publication;

3.     The defendant assets were seized on April 22, 2014 and April 23, 2014 in Oakland, in

Alameda County, California.

4.     The United States proposes that publication be made as follows:

a.     One publication;

b.     Thirty (30) consecutive days;

c.     On the official internet government forfeiture site www.forfeiture.gov;

d.     The publication is to include the following:

(1)     The Court and case number of the action;

(2)     The date of the seizure/posting;

(3)     The identity and/or description of the property seized/posted;

(4)     The name and address of the attorney for the Plaintiff;

(5)     A statement that claims of persons entitled to possession or claiming

an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the

attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet

government forfeiture site; and

(6)     A statement that answers to the Complaint or a motion under Rule 12

of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days

after the filing of the claims and, in the absence thereof, default may be entered and condemnation

ordered.

Dated:   6/25/14

                                              BENJAMIN B. WAGNER
                                              United States Attorney


                                        By:     /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney

1    IT IS SO ORDERED.

2

3    Dated: June 26, 2014

4                                                        _____
                                                         ALLISON CLAIRE
5                                                        UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application and Order
For Publication