BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>2012 HARLEY DAVIDSON FLTRX ROAD GLIDE MOTORCYCLE,  VIN: 1HD1KGM3XCB636315, CALIFORNIA LICENSE NUMBER: 20X8247,<br><br>2005 HARLEY DAVIDSON STREET GLIDE MOTORCYCLE,  VIN: 1HD1FVW375Y618635, CALIFORNIA LICENSE NUMBER: 19V7740,<br><br>2007 HARLEY DAVIDSON FLTR ROAD GLIDE MOTORCYCLE,  VIN: 1HD1FS4397Y630807, CALIFORNIA LICENSE NUMBER: WISGUY5,  and<br><br>2010 CHEVROLET CAMARO SS, VIN: 2G1FT1EW3A9148874, CALIFORNIA LICENSE NUMBER: 6TZD882,<br><br>            Defendants. | 2:14−CV−01512−TLN−AC<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE; CERTIFICATE OF REASONABLE CAUSE |

It is hereby stipulated by and between the United States of America and claimant Kevin Lamar Hunt ("claimant"), by and through their respective counsel of record, as follows:

1.      The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the

Federal Rules of Civil Procedure.

    2.    The parties are to bear their own costs and attorney fees.

    3.    There was probable cause for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated:  5/22/2015                BENJAMIN B. WAGNER
                                         United States Attorney

                          By:    /s/ Kevin C. Khasigian
                                KEVIN C. KHASIGIAN
                                Assistant U.S. Attorney

Dated:  5/22/2015

                              /s/ Patrick K. Hanly
                              PATRICK K. HANLY
                              Attorney for Claimant Kevin Lamar Hunt

                              (As authorized via email)

IT IS SO ORDERED.

## CERTIFICATE OF REASONABLE CAUSE

The action is dismissed with prejudice pursuant to Federal Rule 41(a)(2) and the United States shall take all reasonable steps to return the defendant assets to the claimant within thirty days.

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed June 25, 2014, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the commencement of this forfeiture action.

Dated:  May 28, 2015

                              Troy L. Nunley
                              United States District Judge